UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK LEE | CIVIL ACTION |
| VERSUS | NO: 09-3172 |
| TIM WILKINSON | SECTION: R |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 12), hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's petition for a writ of habeas corpus is DISMISSED.

New Orleans, Louisiana, this __16th__ day of July, 2010.

_____
SARAH S. VANCE
**UNITED STATES DISTRICT JUDGE**